# **EXHIBIT A**



May 17, 2022

**VIA E-MAIL AND U.S. MAIL**

Dr. Mark Kropp
AUC Alumni Association
2807 Washington Road 123
Augusta, GA 30909
aucalumniassociation@outlook.com

Re: Unauthorized Use of the American University of the Caribbean School of Medicine Name

Dr. Kropp:

      This Office represents the American University of the Caribbean School of Medicine ("AUC"), a subsidiary of Adtalem Global Education Inc. ("Adtalem"). It has come to our attention that you are currently engaged in the unauthorized use of the AUC Name ("AUC Name") via the "AUC Alumni Association," of which you serve as president, and its associated website. Specifically, you are violating AUC's trademark rights by applying the AUC Name to charitable fundraising as described on your website (https://aucalumni.org). Such activities suggest or imply an affiliation with or an endorsement by AUC which is incorrect.

      The prominent use of a charitable fundraising website containing the AUC Name in this manner appears to be made with the intent to trade on the goodwill associated with AUC. Your unlawful use creates the false impression that your charitable fundraising originates from AUC, or that AUC is somehow connected or associated with such fundraising, so as to deceive potential donors or to cause confusion or mistake as to the origin or affiliation of your fundraising and AUC's services as an institution of higher education.

      Such activities not only dilute the distinctive quality of AUC's Name and tarnish its reputation, but also infringe on AUC's federal and Florida State law trademark rights. AUC therefore demands that you immediately cease such infringing activity, desist from such infringing activity in the future, and comply with AUC's other requirements set forth in this letter.

      Your continued use of AUC's Name in this manner subjects you to liability for willful trademark infringement, false designation of origin, and trademark dilution in violation of the Lanham Trademark Act, 15 U.S.C. § 1051 et. seq. as well as Section 495.131 of the Florida Code. The civil remedies available for these violations include immediate and permanent injunctive relief, and up to three times the amount of monetary damages suffered by AUC, as well as an award of attorney's fees.



**PLEASE TAKE NOTICE** that AUC hereby **DEMANDS** that you immediately, and by no later than **May 20, 2022**:

1. Immediately CEASE AND DESIST from all further use of the AUC Name and any other designations likely to cause confusion with or dilution of the AUC Name and brand;

2. Immediately take down the website: https://aucalumni.org

3. Destroy any materials in your possession or control bearing any designation likely to cause confusion with or dilution of AUC's Name; and

4. AUC further demands that you provide, by no later than the close of business on **May 20, 2022**, written confirmation that you will comply with these demands. You are specifically advised that any failure or delay in complying with these demands will likely compound the damages for which you may be liable. If AUC does not receive a satisfactory and timely response, AUC is prepared to take all steps necessary to protect AUC's valuable intellectual property rights, without further notice to you, including but not limited to litigation.

The above is not an exhaustive statement of all the relevant facts and law. AUC expressly reserves all of its legal and equitable rights and remedies, including the right to seek injunctive relief and recover monetary damages.

Sincerely,

*Douglas G. Beck*

Douglas G. Beck

Senior Vice President General Counsel

& Corporate Secretary

Adtalem Global Education Inc.

Office of General Counsel