# **EXHIBIT B**

**From:** M Kropp <mkroppmd@hotmail.com>
**Sent:** Wednesday, May 18, 2022 1:04 PM
**To:** Thompson, Sandra <Sandra.Thompson@adtalem.com>
**Subject:** [external] Re: Dr. Mark Kropp - AUC Cease & Desist

Mr. Beck,
I am in receipt of your email attachment today May 18, 2022.
We, the alumni of the American University of the Caribbean while located on Monserrat, are physicians and require more time then "by May 20, 2022," to respond.
I request you might revisit our origins and the rights procured to you through trademark law.
We firmly believe we were created by Dr Tien.
I am afraid your client may be an individual in employ of DeVry who holds a grudge.
We have let bygones be bygones and sincerely wish to go our separate ways.
However, I must remind you that your demands are quite aggressive.
They really do not reflect that of an educational institution.
We are aware of extensive evidence of financial irregularities which you may want to consider are quite old.
In addition, this portfolio does include recordings.
You are certainly aware there are no assets associated with our volunteer work.
If you choose to proceed I look forward to meeting you here in Augusta Georgia.
Thank you for your time.

---

**From:** Thompson, Sandra <Sandra.Thompson@adtalem.com>
**Sent:** Wednesday, May 18, 2022 3:04 PM
**To:** mkroppmd@hotmail.com <mkroppmd@hotmail.com>; aucalumniassociation@outlook.com <aucalumniassociation@outlook.com>
**Subject:** Dr. Mark Kropp - AUC Cease & Desist

Dr. Mark Kropp,

Please see attached.

Regards,

**Sandra Thompson** | *Executive Assistant to SVP, General Counsel & Corporate Secretary, Douglas G. Beck*
**P** 872.365.3028 | **E** sandra.thompson@adtalem.com
500 West Monroe, 28th Floor | Chicago, IL 60661 | adtalem.com


  

This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.

Reply     Forward