# **<u>EXHIBIT C</u>**

Case: 1:23-cv-00812 Document #: 1-4 Filed: 02/09/23 Page 2 of 2 PageID #:29

**From:** AUC Alumni Association <AUCAlumniAssociation@outlook.com>
**Sent:** Thursday, June 9, 2022 2:27 PM
**To:** Thompson, Sandra <sandra.thompson@adtalem.com>
**Subject:** [external] Legal notice

# SALUTATIONS

American University of the Caribbean Alumni Association, INC, Coral Gables, Florida

DEMANDS you immediately, and by no later than June 10, 2022:

Immediately CEASE from all further use of the AUC Trademark as a means to intimidate the "take down" of the website: https://aucalumni.org

The above is not an exhaustive statement of all the relevant facts and law. AUC Alumni Association expressly reserves all of its legal and equitable rights and remedies, including the right to class action and recovery of monetary damages.

The Secretary

You now stand in legal jeopardy.