# **EXHIBIT D**

STATUS          DOCUMENTS                                                    Back to Search              Print

|  |  |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2022-11-30 00:58:53 EST |
| **Mark:** | AUC ALUMNI ASSOCIATION |

# AUC Alumni Association

|  |  |  |  |
|---|---|---|---|
| **US Serial Number:** | 97441582 | **Application Filing Date:** | Jun. 03, 2022 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | | |
|---|---|---|
| **TM5 Common Status Descriptor:** |  | LIVE/APPLICATION/Awaiting Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned |
| **Status:** | | New application awaiting assignment to an examining attorney. **See current trademark processing wait ti** |
| **Status Date:** | | Jun. 07, 2022 |

## Mark Information

|  |  |
|---|---|
| **Mark Literal Elements:** | AUC ALUMNI ASSOCIATION |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

|  |  |  |  |
|---|---|---|---|
| **For:** | Shirts | | |
| **International Class(es):** | 025 - Primary Class | **U.S. Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

|  |  |  |  |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |

**Filed No Basis:** No

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Kropp, Elmer |
| **DBA, AKA, Formerly:** | AKA Mark |
| **Owner Address:** | 2801 Washington 123, Augusta, GA 30909 |
| | 2801 Washington 123, Augusta, GA 30909 |
| | Augusta, GEORGIA UNITED STATES 30909 |
| **Legal Entity Type:** | charitable, non-profit corporation |

| | |
|---|---|
| **State or Country Where Organized:** | FLORIDA |

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | KROPP, ELMER |
| | 2801 WASHINGTON 123, AUGUSTA, GA 30909 |
| | 2801 WASHINGTON 123, AUGUSTA, GA 30909 |
| | AUGUSTA, GEORGIA UNITED STATES 30909 |
| **Phone:** | 203-223-8388 |
| **Correspondent e-mail:** | aucalumniassociation@outlook.com |

| | |
|---|---|
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 13, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 07, 2022 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | |
|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING |

| | |
|---|---|
| **Date in Location:** | Jun. 07, 2022 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load