# **EXHIBIT F**

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,618,194

Registered Sep. 10, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

### AMERICAN UNIVERSITY OF THE CARIBBEAN

AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V. (NETHERLD ANTILLES CORPORATION)
5660 S.W. 58 PLACE
MIAMI, FL 33143

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING COURSES OF INSTRUCTION AT THE COLLEGE LEVEL, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1978; IN COMMERCE 0-0-1978.

OWNER OF U.S. REG. NO. 1,846,403.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "UNIVERSITY", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 76-350,694, FILED 12-20-2001.

TAWANDA VAN HORN, EXAMINING ATTORNEY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Feb 6 03:47:22 EST 2023

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:   OR   Jump   to record:   **Record 1 out of 2**

( Use the "Back" button of the Internet Browser to return to TESS)

## AMERICAN UNIVERSITY OF THE CARIBBEAN

| | |
|---|---|
| Word Mark | AMERICAN UNIVERSITY OF THE CARIBBEAN |
| Goods and Services | IC 041. US 100 101 107. G & S: Educational services, namely, providing courses of instruction at the college level * in the medical education field *. FIRST USE: 19780000. FIRST USE IN COMMERCE: 19780000 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 76350694 |
| Filing Date | December 20, 2001 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | June 18, 2002 |
| Change In Registration | CHANGE IN REGISTRATION HAS OCCURRED |
| Registration Number | 2618194 |
| Registration Date | September 10, 2002 |
| Owner | (REGISTRANT) American University of the Caribbean, N.V. CORPORATION NETHERLANDS ANTIL 5660 S.W. 58 Place Miami FLORIDA 33143  (LAST LISTED OWNER) AUC SCHOOL OF MEDICINE B. V. PRIVATE LIMITED LIABILITY COMPANY SINT MAARTEN 3005 HIGHLAND PARKWAY DOWNERS GROVE ILLINOIS 605155799 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Christina S. Loza |
| Prior Registrations | 1846403 |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "UNIVERSITY" APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL-2(F) |

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20120928. |
| **Renewal** | 1ST RENEWAL 20120928 |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

USPTO. ETAS. Trademark Assignment Recordation Form. Validate               Page 1 of 2

12/02/2011



103637384



Electronic Trademark Assignment Sy

Trademark Assignment Recordation Form

MRS 11-17-11

## Validate

| TRADEMARK ASSIGNMENT |
|---|

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| American University Of The Caribbean, N.V. | | 08/03/2011 | LIMITED LIABILITY COMPANY: St. Maarten |

**RECEIVING PARTY DATA**

| Name: | AUC School of Medicine B.V. |
|---|---|
| Street Address: | 3005 Highland Parkway |
| Internal Address: | c/o DeVry Inc., Attn: General Counsel |
| City: | Downers Grove |
| State/Country: | ILLINOIS |
| Postal Code: | 60515-5799 |
| Entity Type: | Private Limited Liability Company: St. Maarten |

12/07/2011 HTUNIT  00000009 120119  1846403
01 FC:8521    40.00 DA
02 FC:8522    25.00 DA

**PROPERTY NUMBERS Total: 2**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 1846403 | AMERICAN UNIVERSITY OF THE CARIBBEAN |

http://etas.uspto.gov/etas/t.jsp                                           11/17/2011

**TRADEMARK
REEL: 004697 FRAME: 0255**

USPTO. ETAS. Trademark Assignment Recordation Form. Validate     Page 2 of 2

| Registration Number: | 2618194 | AMERICAN UNIVERSITY OF THE CARIBBEAN |
|---|---|---|

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | (312)706-9000 |
| Phone: | 3127018307 |
| Email: | zbeal@mayerbrown.com, ipdocket@mayerbrown.com, emelvin@mayerbrown.com, rassmus@mayerbrown.com |

Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent via US Mail.

| | |
|---|---|
| Correspondent Name: | Emily C. Melvin |
| Address Line 1: | P. O. Box 2828 |
| Address Line 4: | Chicago, ILLINOIS 606902828 |

| NAME OF SUBMITTER: | Emily C. Melvin |
|---|---|
| Signature: | /ecm/ |
| Date: | 11/17/2011 |

**Total Attachments: 5**
source=Trademark Assignment (2)#page1.tif
source=Trademark Assignment (2)#page2.tif
source=Trademark Assignment (2)#page3.tif
source=Trademark Assignment (2)#page4.tif
source=Trademark Assignment (2)#page5.tif

Fee calculated, according to the USPTO fee table

| Description | Fee code | Fee code amount | Quantity | Fee |
|---|---|---|---|---|
| Recording trademark assignment, agreement or other paper, first mark per document | 8521 | 40.0 | 1 | 40.0 |
| For second and subsequent marks in the same document | 8522 | 25.0 | 1 | 25.0 |
| Total | | | | $65.00 |

*amt: 13OO19* (handwritten)

[ Go to Payment screen ]   [ Back ]   [ Cancel ]   [ Advanced Operations ]

Save form for future access, or prepare a template

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

11/17/2011 04:06 PM EST

http://etas.uspto.gov/etas/t.jsp     11/17/2011

**TRADEMARK**
**REEL: 004697 FRAME: 0256**

Final Version

## TRADEMARK ASSIGNMENT

THIS TRADEMARK ASSIGNMENT (this "Assignment") dated as of August 3rd, 2011 and entered into by and between **AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V.**, a limited liability company (*naamloze vennootschap*) organized and existing under the laws of St. Maarten, as the "Assignor," and **AUC SCHOOL OF MEDICINE BV**, a private limited liability company organized and existing under the laws of St. Maarten, as the "Assignee," is delivered pursuant to the Closing under that certain Asset Purchase Agreement (the "Agreement") dated as of August 3rd, 2011 and entered into by and among the Assignor, Assignee, American University of the Caribbean, N.V., Medical Education Services, Inc. and DeVry Medical International, Inc.

WHEREAS, Assignor is the owner of all right, title, and interest in and to the U.S. Trademarks listed in Annex A to this Assignment (the "Trademarks"); and

WHEREAS, pursuant to the Agreement, Assignor agreed to assign the Trademarks to Assignee, and Assignee agreed to accept such an assignment.

NOW, THEREFORE, in consideration of the foregoing, the mutual covenants set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

The Assignor sells, assigns, transfers, delivers, and conveys to the Assignee all of the Assignor's right, title, and interest in and to the Trademarks, including any rights under common law, and which include the Trademarks alone or in combination with other words, figures, designs or indicia, including any rights, title and interest as service marks, trademarks, trade names and all common law rights connected therewith, together with:

(1) all goodwill associated with the business related to the Trademarks together with all rights to use, license and otherwise exploit the Trademarks;

(2) any and all registered trademarks and trademark applications of the United States that have been or may be granted or filed, respectively, with respect to such Trademarks;

(3) all foreign trademarks that may claim priority based on or correspond to the Trademarks;

(4) all income, royalties, damages, and payments hereafter due or payable to the Assignor with respect to the Trademarks, including without limitation unpaid damages and payments for past, present, and future infringements of any Trademarks;

(5) all rights in and under the Trademarks to the fullest extent allowed by law as fully as the Assignor would have held the same in the absence of this assignment; and

(6) all rights to sue and recover damages and payments for past, present, and future infringements or dilution of any of the Trademarks, including the right to fully and entirely replace the Assignor in all related matters.

The Assignee shall be responsible for all costs and actions with respect to the transfer of the Trademarks and registration of related trademark assignments. The Assignor agrees that it

700197950 09161344

*DM_US 29299009-3.084626.0011*

**TRADEMARK
REEL: 004697 FRAME: 0257**

will at any time, upon request of the Assignee, execute and deliver any papers prepared and provided by the Assignee that are reasonably necessary to confirm assignment made herein.

This Assignment is made in connection with the sale of the entire business to which the Trademarks relate. As of the date first written above, the Assignee has succeeded to all right, title, and standing of the Assignor to: (a) receive all rights and benefits pertaining to the Trademarks and related rights described above, and (b) commence, prosecute, defend and settle all claims and take all actions that the Assignee, in its sole discretion, may elect in relation to the Trademarks described above. This Assignment (a) is irrevocable and effective upon the Assignor's signature to and delivery of a manually signed copy of this instrument or facsimile or email transmission of the signature to this instrument in connection with the Closing, if and only if the Closing is completed, (b) benefits and binds the Parties to the Agreement and their respective successors and assignees, (c) does not modify or affect, and is subject to, the provisions of the Agreement, and (d) may be signed in counterparts as provided in Section 10.6 of the Agreement.

Assignor hereby requests the Commissioner of Patents and Trademarks to record Assignee, as assignee and owner of any and all of Assignor's ownership right in the Trademarks and to issue to Assignee any renewals of said registration.

Assignor agrees to execute and deliver at a future date, for no additional consideration any additional documents that the Assignee reasonably determines are required to reflect the Assignee's ownership of the Trademarks anywhere in the world.

Assignor will assist in obtaining or providing any further documents which may be required to confirm chain or title thereto.

[Signature page follows]

700197950 09161344

DM_US 29299009-3.084626.0011

IN WITNESS WHEREOF, the parties hereto have caused this Assignment to be duly executed and delivered as of the day and year first above written.

> **AMERICAN UNIVERSITY OF THE CARIBBEAN, N.V.**, *a limited liability company (naamloze vennootschap) organized and existing under the laws of St. Maarten*
>
> By: _____
> Name: Hiroko Yoshida
> Title: Managing Director
>
> By: _____
> Name: Yan Fang Liu
> Title: Managing Director

On August 1st, 2011 before me, Henry Parisius (the undersigned notary), personally appeared H. Yoshida & Y.F. Liu ~~personally known to me (~~or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that ~~he/she/~~they executed the same in ~~his/her/~~their authorized capacity(ies), and that by ~~his/her/~~their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

(seal)

Philipsburg
Sint Maarten

(Signatures continue on following page)

(Signature Page 1 of 2 IP Assignment)

Acknowledged and agreed:

**AUC SCHOOL OF MEDICINE BV,** *a private limited company organized and existing under the laws of St. Maarten*

By: _____

Name: William Hughson
Title: ~~Director~~ Authorized Person

(Signature Page 2 of 2 IP Assignment)