# **EXHIBIT G**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Feb 6 03:47:22 EST 2023*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [        ]   OR   Jump   to record: [        ]   **Record 2 out of 14**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# AUC

| | |
|---|---|
| **Word Mark** | AUC |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Medical training and teaching; educational services, namely, conducting courses in the field of medicine, healthcare, and biomedical science; educational services, namely, providing online programs in the field of medicine, healthcare and biomedical science; educational services, namely, conducting courses in the field of undergraduate and post graduate qualifications in medicine, healthcare and biomedical science; educational services, namely, conducting seminars, classes, lectures, tutorials, and presentations in the fields of research, development and commercial exploitation; educational consulting in the field of medicine, healthcare and biomedical science; vocational guidance; education services, namely, organizing, arranging and conducting workshops, educational seminars, lectures, tutorials, exhibitions, fairs, symposia, conferences, presentations and conventions in the field of medicine, healthcare, and biomedical science; educational services, namely, provision of residential training courses in the field of medicine, healthcare, and biomedical science; educational services, namely, arranging and conducting distance learning courses at the university level in the field of medicine, healthcare, and biomedical science; educational services, namely, providing online instruction in the field of medicine, healthcare, and biomedical science via an online website. FIRST USE: 20051029. FIRST USE IN COMMERCE: 20051029 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 97520471 |
| **Filing Date** | July 26, 2022 |

| | |
|---|---|
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) AUC School Of Medicine B.V. private limited liability company SINT MAARTEN 3005 Highland Parkway Downers Grove ILLINOIS 605155799 |
| **Attorney of Record** | Christina S. Loza |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY